UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA FREEDMAN,<br>　　　　Plaintiff | ) <br>) <br>) | CIVIL ACTION NO. 1:22-CV-0298 |
| v. | ) <br>) <br>) | (ARBUCKLE, M.J.) |
| FEDERAL ELECTIONS<br>COMMISSION,<br>　　　　Defendant | ) <br>) <br>) | |

### ORDER

Upon consideration of *pro se* Plaintiff's Complaint (Doc. 1), accompanied by an Application for Leave to Proceed *In Forma Pauperis* (Doc. 2), IT IS HEREBY ORDERED that:

1. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. 2) is GRANTED.

2. The Complaint (Doc. 1) is DEEMED filed.

3. Pursuant to 28 U.S.C. § 1915(e)(2), the Court shall conduct a preliminary review of the plaintiff's complaint.

Date: April 18, 2022　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge