IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA FREEDMAN,** | : | Civil No. 1:22-cv-0298 |
| **Plaintiff,** | : | |
| v. | : | |
| **FEDERAL ELECTIONS COMMISSION,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

AND NOW, this 18th day of May, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 6), to which no objections have been timely filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED in part;

2) Plaintiff's complaint is DISMISSED without prejudice to file this case is another judicial district; and

3) The Clerk of Court is DIRECTED to close this case.

s/Sylvia H. Rambo<br>
United States District Judge